**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **DENNIS P. CASSADY**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HUMANA, INC.** and the **HUMANA, INC. MANAGER OF BENEFITS ADMINISTRATION**,<br><br>Defendants. | **Civil Action No.: 3:26-CV-187-RGJ**<br><br><br><br>**CLASS ACTION COMPLAINT** |

**NOTICE OF CORRECTED DOCUMENT**

Plaintiff respectfully requests that the Clerk of the Court accept the attached corrected Class Action Complaint replacing ECF No. 1 filed on March 17, 2026. The Complaint was originally filed with an outdated address and telephone number for counsel Leslie Pescia, and the document has been corrected as follows:

**Former Address:**
Leslie Pescia (Bar No. 99674)
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091

with the following updated information:

**Current Address:**
Leslie L. Pescia
Siri & Glimstad LLP
101 North Seventh Street, Ste #827
Louisville, KY 40202
Tel: (646) 448-6466

Dated: March 20, 2026

Respectfully submitted,

/s/ *Leslie Pescia*

Leslie Pescia (Bar No. 99674)
**SIRI & GLIMSTAD LLP**
Oren Faircloth (*pro hac vice* forthcoming)
William H. Payne (*pro hac vice* forthcoming)
James T. Catania (*pro hac vice* forthcoming)
101 North Seventh Street, Ste #827
Louisville, KY 40202
Tel: (646) 442-6466
E: lpescia@sirillp.com
E: ofaircloth@sirillp.com
E: wpayne@sirillp.com
E: jcatania@sirillp.com

*Attorneys for Plaintiff and the Proposed Class*