**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| DENNIS P. CASSADY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMANA, INC. and the HUMANA, INC. MANAGER OF BENEFITS ADMINISTRATION,<br><br>    Defendants. | Case No. 3:26-CV-187-RGJ<br><br>Judge Rebecca Grady Jennings<br><br><br>JOINT STIPULATION AND AGREED ORDER FOR EXTENSION OF TIME |

Pursuant to LR 7.1(b), Defendants HUMANA, INC. and the HUMANA, INC. MANAGER of BENEFITS ADMINISTRATION and Plaintiff DENNIS P. CASSADY hereby agree that Defendants will have a twenty-one (21) day extension of time to answer or otherwise plead in response to Plaintiff's Complaint. Defendants' responsive pleading was due on or before May 28, 2026 based on the Court's April 10, 2026 order. (ECF No. 17.) Defendants will now have up to and including June 18, 2026 to plead or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

May 19, 2026

Rebecca Grady Jennings, District Judge
United States District Court

325077341v.1

Stipulated and agreed to by:

/s/ *Oren Faircloth (w/ permission via email)*
*U*Leslie Pescia (Bar No. 99674)
SIRI & GLIMSTAD LLP
Oren Faircloth (*pro hac vice*)
William H. Payne (*pro hac vice*)

745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
E: lpescia@sirillp.com
E: ofaircloth@sirillp.com
E: wpayne@sirillp.com
E: jcatania@sirillp.com


*Attorneys for Plaintiff and the proposed class*

/s/ *Kathleen C. Tranter*
Ada Dolph (*pro hac vice*)
Thomas Horan *(pro hac vice* forthcoming)
Michael J. Cederoth (*pro hac vice*)
Kathleen C. Tranter (0089503)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
adolph@seyfarth.com
thoran@seyfarth.com
mcederoth@seyfarth.com
ktranter@seyfarth.com

Amanda L. Genovese (*pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue, Suite
New York, NY 10018-1405
Telephone: (212) 218-5621
Facsimile: (212) 218-5526
agenovese@seyfarth.com

*Attorneys for Defendants*


## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 18, 2026, I filed the foregoing *Joint Stipulation and Agreed Order For Extension of Time* with the Clerk of Court using the CM/ECF system, which will serve all parties of record.

/s/ *Kathleen C. Tranter*

325077341v.1