**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| DENNIS P. CASSADY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HUMANA INC. and the HUMANA INC. MANAGER OF BENEFITS ADMINISTRATION,<br><br>        Defendants. | Case No. 3:26-CV-187-RGJ<br><br>Judge Rebecca Grady Jennings<br><br><br>MOTION TO DISMISS |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants HUMANA INC. and the HUMANA INC. MANAGER of BENEFITS ADMINISTRATION, respectfully request that the Court dismiss Plaintiff's Complaint in its entirety and with prejudice. As laid out in the contemporaneously filed Memorandum of Law in support of this Motion, dismissal is warranted because this Court lacks subject matter jurisdiction over Plaintiff's claims and because Plaintiff fails to state legally viable causes of action.

WHEREFORE, for the foregoing reasons and the reasons set forth in Defendants' contemporaneously filed Memorandum of Law, the Court should grant Defendants' Motion, dismiss Plaintiff's Complaint with prejudice, and grant such further relief as the Court deems just and proper.

2

Date: June 18, 2026                    Respectfully submitted,

                                       */s/Michael J. Cederoth*

                                       Ada Dolph (*pro hac vice*)
                                       Thomas Horan *(pro hac vice* forthcoming)
                                       Michael J. Cederoth *(pro hac vice)*
                                       Kathleen C. Tranter (0089503)
                                       SEYFARTH SHAW LLP
                                       233 South Wacker Drive, Suite 8000
                                       Chicago, IL 60606
                                       Telephone: (312) 460-5000
                                       Facsimile: (312) 460-7000
                                       adolph@seyfarth.com
                                       thoran@seyfarth.com
                                       mcederoth@seyfarth.com
                                       ktranter@seyfarth.com

                                       Amanda L. Genovese (*pro hac vice*)
                                       SEYFARTH SHAW LLP
                                       620 Eighth Avenue, Suite
                                       New York, NY 10018-1405
                                       Telephone: (212) 218-5621
                                       Facsimile: (212) 218-5526
                                       agenovese@seyfarth.com

                                       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I filed the foregoing *Motion to Dismiss* with the Clerk of

Court using the CM/ECF system, which will serve all parties of record.

*/s/ Michael J. Cederoth*