**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| DENNIS P. CASSADY, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>HUMANA INC., and the HUMANA INC MANAGER OF BENEFITS ADMINISTRATION,<br><br>       Defendants. | **Civil Action No.:** 3:26-CV-00187-RGJ<br><br>District Judge Rebecca Grady Jennings |

<u>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**</u>

Plaintiff Dennis P. Cassady respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for a two-week extension of time to respond to Defendants' Motion to Dismiss (ECF No. 27). In support of the Motion, Plaintiffs states as follows:

1. Defendant filed the Motion to Dismiss on June 18, 2026 (ECF No. 27).

2. Plaintiff's response is currently due July 9, 2026.

3. Plaintiff respectfully requests that the response deadline be extended to July 23, 2026.

4. This is Plaintiff's first request for additional time to respond to this Motion.

5. On June 22, 2026, the undersigned conferred by e-mail with Defendants' counsel who does not oppose the requested extensions.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to respond to Defendants' Motion to Dismiss to July 23, 2026.

Dated: June 22, 2026                          Respectfully submitted,

**SIRI & GLIMSTAD LLP**

*/s/ Oren Faircloth*
Oren Faircloth (*pro hac vice*)
William H. Payne (*pro hac vice)*
Leslie L. Pescia
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Telephone: (929) 677-5181
Facsimile: 646-417-5967
Email: ofaircloth@sirillp.com
Email: wpayne@sirillp.com
Email: lpescia@sirillp.com

*Attorneys for Plaintiff and
the Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Oren Faircloth, hereby certify that on June 22, 2026 a copy of the foregoing documents was served upon all counsel of record via ECF.

Dated: June 22, 2026                                    */s/Oren Faircloth*
                                                        Oren Faircloth